affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

NORRIE SELLAR, Appellant, v. GEORGE B. POST and Others, Respondents. (Appeal No. 1.) — Order modified so as to limit plaintiff's examination before trial to proof of the allegations in the third separate defense that defendants from time to time, upon making payments to plaintiff of amounts due under the agreement, rendered accounts to plaintiff, and statements containing entries of the charges now disputed by plaintiff, and that plaintiff received and retained such statements and accounts and approved and ratified the same. The other subjects of examination referred to in the order appealed from are part of plaintiff's affirmative case, and defendants are not entitled to cross-examine him on these matters in advance of the trial, nor can they obtain such right by setting up their version of the agreement as a " separate defense." As so modified the order is affirmed, without costs. (*Goldmark* v. *U. S. Electro-Galvanizing Co.*, 111 App. Div. 526; *Oshinsky* v. *Gumberg*, 188 id. 23.) Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

NORRIE SELLAR, Respondent, v. GEORGE B. POST and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

BENJAMIN EISLER, Respondent, v. E. & T. GARAGE COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

WILLIAM GAITINGS, Respondent, v. LAWRENCE T. GRESSER, Appellant.— Application denied, without costs.

THE SPERRY GYROSCOPE COMPANY, Respondent, v. MICHAEL MAROTTA and Another, Appellants.— Application denied, with ten dollars costs.

ARMIN BENCOE, Respondent, v. ROBERT E. McDONNELL and Others, Copartners, etc., Appellants.— Motion for stay dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARGARET FOX and Another, Individually and as Trustees, etc., Respondents, v. THE CITY OF NEW ROCHELLE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable defendant to apply to the Court of Appeals. Kelly, P. J., Rich, Kelby and Kapper, JJ., concur; Young, J., taking no part.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Westerly Side of Wardwell Avenue, Easterly Side of Fiske Avenue, North of Leonard Avenue, in the Borough of Richmond, for School Purposes, etc.— Motion for payment of award granted. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ. Settle order on notice.

SAVERIO LIBERTA, Respondent, v. RAPID COALING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

BARBERA ROSENBERG, Respondent, v. JACOB ROSENBERG, Appellant.— Motion to restore granted upon consent. Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

MARTIN SCHUMACHER, Respondent, v. HENRY GOLDOVSKY and Others, Appel-